# CERTIFICATE OF SERVICE

I, __Audra N. Cartwright__, certify that I am, and at all times during the
   (name)

service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __August 22, 2013__ by:
   (date)

☒ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Mary Peterson
11684 Foxcreek Drive
Tampa, FL 33635

Scott Piwinski
1716 Joshua Court
Palm Harbor, FL 34683

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                              (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

__August 22, 2013__                    _____[Signature]_____
Date                                   Signature

| Print Name | Audra N. Cartwright |
|---|---|
| Business Address | Adams and Reese LLP |
| | 101 E Kennedy blvd, Ste. 4000 |
| City Tampa | State FL  Zip 33602 |